DORIAN HOLDING AND TRADING CORPORATION, Appellant, *v.* BRUNSWICK TERMINAL AND RAILWAY SECURITIES COMPANY, Respondent.

(Argued May 20, 1931; decided June 9, 1931.)

*Alexander T. Hussey, M. J. O'Callaghan* and *Clarence F. Hussey* for appellant.

*Samuel C. Steinhardt* and *Walter S. Newhouse* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.